UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 6:22-CR-9-REW-HAI-1 |
| v. | ) | |
| | ) | ORDER |
| JALEN RASHAD PASLEY, | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Jalen Pasley moves the Court to appoint counsel to submit a § 2255 petition on his behalf, to grant him "discovery" to make his claims, and for an extension of his deadline to file a § 2255 petition. *See* DE 143. The Court has already addressed and denied nearly identical motions made by Pasley in recent orders. *See* DE 140; 142. Pasley offers nothing different here, simply repeating his requests. Therefore, the Court **DENIES** DE 143 in full and directs him to the Court's previous orders, addressing the same grounds, for explanation.

This the 11th day of August, 2025.

Signed By:
*Robert E. Wier*
United States District Judge