UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 6:22-CR-9-REW-HAI-1 |
| v. | ) ) ) | ORDER |
| JALEN RASHAD PASLEY, | ) ) | |
| Defendant. | ) ) | |

*** *** *** ***

Defendant Jalen Pasley, now for the third time in three months, moves the Court to appoint counsel to submit a § 2255 petition and to grant him "extra time" or leave of Court to conduct discovery. *See* DE 145. The Court has already addressed and denied nearly identical motions made by Pasley in multiple recent orders. *See* DE 140; 142; 144. Pasley still has yet to file a § 2255, and thus, the same denial bases still apply. Specifically, as to his discovery request—the thrust of Pasley's present motion—a defendant is "not entitled to discovery prior to filing a motion for post-conviction relief." *United States v. Tamayo*, 238 F.3d 425 (table), at * 1 (6th Cir. 2000) Therefore, the Court **DENIES** DE 145 in full and directs Pasley to the Court's previous orders, addressing the same grounds, for explanation. The Court again reminds Pasley of the timeliness principles discussed in DE 140.

This the 20th day of August, 2025.



Signed By:
*Robert E. Wier*
**United States District Judge**

1