UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>JALEN RASHAD PASLEY,<br><br>Defendant/Movant. | ) | No. 6:22-CR-09-REW-HAI<br><br>ORDER |

***   ***   ***   ***

Based on a written plea agreement (D.E. 74), federal prisoner Jalen Rashad Pasley was sentenced to 180 months' imprisonment by Judgment issued February 28, 2023 (D.E. 99). Pasley appealed, and the Court of Appeals affirmed his sentence in June 2024. D.E. 133. The federal Supreme Court denied his petition for writ of certiorari on October 15, 2024. D.E. 137. The record contains transcripts of Pasley's rearraignment, sentencing, and a hearing on a motion to withdraw his plea.

On October 14, 2025, the Court received Pasley's *pro se* motion form seeking relief under 28 U.S.C. § 2255, dated October 11. D.E. 147. Pasley alleges multiple forms of ineffective assistance of counsel. A letter accompanying the motion form states that a memorandum in support "will be forthcoming." D.E. 147-1. Almost a month later, no such memorandum has appeared in the record. As it stands, the § 2255 petition is inadequate and cannot be processed by the Court. Rule 2 of the Rules Governing Section 2255 Cases requires that the motion must "state the facts supporting each ground." Pasley's motion form fails to do this. Instead, Pasley's form

only lists bare, factually unsupported allegations and repeatedly states that a memorandum in support is forthcoming.

**IT IS HEREBY ORDERED THAT** Pasley **SHALL FILE** his memorandum in support of his § 2255 motion on or before **December 1, 2025**. If Pasley fails to timely supplement his § 2255 motion by providing the alleged facts supporting each ground, the undersigned will recommend that the § 2255 motion be dismissed.

This the 10th day of November, 2025.

**Signed By:**
***Hanly A. Ingram***
**United States Magistrate Judge**